# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| RICARDO CELIS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITIMORTGAGE, INC. AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　　　Defendants. | 2:14-cv-02124-JCM-VCF<br><br>**<u>ORDER</u>** |

Before the court is *Ricardo Celis v. CitiMortgage, Inc. and Experian Information Solutions, Inc.*, case no. 2:14-cv-02124-JCM-VCF. Defendant Experian Information Solutions, Inc. filed its answer to the complaint on June 26, 2015. (#7). Pursuant to LR 26-1A, the proposed discovery plan and scheduling order was due by August 10, 2015. The parties have not complied.

Accordingly,

IT IS HEREBY ORDERED that a discovery hearing is scheduled for 11:00 a.m., September 1, 2015, in courtroom 3D. The hearing may be vacated upon the filing of the discovery plan and scheduling order in compliance with Local Rule 26-1.

Dated this 17th day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE