# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

RICHARDO CELIS,

              Plaintiff,

vs.

CITIMORTGAGE, INC., *et al.*,

              Defendants.

2:14-cv-02124-JCM-VCF

**ORDER**

The parties have filed a discovery plan and scheduling order in compliance with Local Rule 26-1.

Accordingly,

IT IS HEREBY ORDERED that the discovery hearing scheduled for September 1, 2015 at 11:00 a.m. is VACATED.

DATED this 31st day of August, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE