1

Danny J. Horen, Esq.

2

NV Bar No. 13153

Kazerouni Law Group, APC

3

7854 W. Sahara Avenue

4

Las Vegas, NV 89117

Telephone: (800) 400-6808x7

5

Facsimile: (800) 520-5523

6

danny@kazlg.com

7

*Attorneys for Plaintiff*

8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11

**RICARDO CELIS,**

12

Plaintiff,

13

v.

14

**CITIMORTGAGE, INC., and**

15

**EXPERIAN INFORMATION**

**SOLUTIONS, INC.,**

16

17

Defendants.

**Case No.:** 2:14-cv-02124-JCM-VCF

**STIPULATION OF DISMISSAL OF DEFENDANT CITIMORTGAGE, INC.**

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff RICARDO CELIS ("Plaintiff"), and CITIMORTGAGE, INC. ("Citi"), having reached settlement, stipulate to dismiss **Citi** from the above-captioned matter, **with prejudice** as to the Plaintiff's claims against Citi. Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 28, 2015

KAZEROUNI LAW GROUP                    WOLFE & WYMAN LLP


 /s/ Danny J. Horen _____            /s/  Andrew Bao_____
Danny Horen, Esq.                      Andrew A. Bao, Esq.
7854 W. Sahara Avenue                  2175 N. California Blvd. Suite 645
Las Vegas, NV 89117                    Walnut Creek, CA  94596
800-400-6808                           (925) 280-0004
Email: danny@kazlg.com                 Email: aabao@wolfewyman.com
Attorney for Plaintiff                 Attorney for Citi




IT IS SO ORDERED:

Citi is Dismissed from the instant matter, with Prejudice.



DATED: October 5, 2015                 _____
         _____                   UNITED STATES DISTRICT COURT JUDGE

**STIPULATION OF DISMISSAL**                                          2